**KRANJAC TRIPODI & PARTNERS LLP**
Xavier M. Bailliard
James Van Splinter
30 Wall Street, 12th Floor
New York, New York 10005
Tel: (646) 216-2400
Fax: (646) 216-2373
xbailliard@ktpllp.com
jvansplinter.ktpllp.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| SANTOSH SINGH, SANDALWOOD HOLDINGS, LLC, and LINCOLN AT GREGORY LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> TOWNSHIP OF WEEHAWKEN, MAYOR RICHARD F. TURNER, in his Official and Individual Capacities, FRANK TATTOLI, in his Official and Individual Capacities, GIOVANNI D. AHMAD, in his Official and Individual Capacities, RICHARD P. VENINO, in his Official and Individual Capacities, JOSEPH R. VENEZIA, P.E., P.P., C.M.E., COLLIERS ENGINEERING & DESIGN, INC., NEJM JUNDI, P.E., and JZN ENGINEERING, PC, <br><br> Defendants. | Civil Action No. 23-cv-12194-ES-JBC <br><br> **RULE 7.1 DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Lincoln at Gregory, LLC states that it is a privately-held limited liability company, Sandalwood Holdings Limited Liability Company is its sole member and owner, and there is no publicly-held corporation that owns 10% or more of its stock.

Dated: August 31, 2023

                              **KRANJAC TRIPODI & PARTNERS LLP**

                              By: s/ Xavier M. Bailliard
                                  Xavier M. Bailliard
                                  30 Wall Street, 12th Floor
                                  New York, NY 10005
                                  Tel: (646) 216-2400
                                  Fax: (646) 216-2373
                                  xbailliard@ktpllp.com

                            *Attorneys for Plaintiffs*