**KRANJAC TRIPODI & PARTNERS LLP**
Xavier M. Bailliard
James Van Splinter
30 Wall Street, 12th Floor
New York, New York 10005
Tel: (646) 216-2400
Fax: (646) 216-2373
xbailliard@ktpllp.com
jvansplinter.ktpllp.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SANTOSH SINGH, SANDALWOOD HOLDINGS, LLC, and LINCOLN AT GREGORY LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>TOWNSHIP OF WEEHAWKEN, MAYOR RICHARD F. TURNER, in his Official and Individual Capacities, FRANK TATTOLI, in his Official and Individual Capacities, GIOVANNI D. AHMAD, in his Official and Individual Capacities, RICHARD P. VENINO, in his Official and Individual Capacities, JOSEPH R. VENEZIA, P.E., P.P., C.M.E., COLLIERS ENGINEERING & DESIGN, INC., NEJM JUNDI, P.E., and JZN ENGINEERING, PC,<br><br>Defendants. | Civil Action No. 23-cv-12194-ES-JBC<br><br>**RULE 7.1 DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Sandalwood Holdings, LLC states that it is a privately-held limited liability company, The Santosh Singh 2012 Family Trust and The Virendra Singh 2012 Family Trust are its sole members and owners, and there is no publicly-held corporation that owns 10% or more of its stock.

Dated: August 31, 2023

                         **KRANJAC TRIPODI & PARTNERS LLP**

                         By: <u>s/ Xavier M. Bailliard</u>
                             Xavier M. Bailliard
                             30 Wall Street, 12th Floor
                             New York, NY 10005
                             Tel: (646) 216-2400
                             Fax: (646) 216-2373
                             xbailliard@ktpllp.com

                        *Attorneys for Plaintiffs*